**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

| | | |
|---|---|---|
| TIM DYE, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | No. 3:12CV00281-JJV |
| CAROLYN W. COLVIN, Commissioner, | * | |
| Social Security Administration, | * | |
| | * | |
| Defendant. | * | |

## ORDER AND JUDGMENT

Pursuant to Plaintiff's voluntary Motion to Dismiss (Doc. No. 11) filed on March 14, 2013, this case is DISMISSED without prejudice.

SO ORDERED this 14th day of March. 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE